UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| YULEXYS FERNANDEZ HERNANDEZ, §<br>*Petitioner* §<br>§<br>v. §<br>§<br>TODD M. LYONS, ACTING DIRECTOR §<br>OF US ICE; MIGUEL VERGARA, SAN §<br>ANTONIO FIELD OFFICE DIRECTOR, §<br>US IMMIGRATION AND CUSTOMS §<br>ENFORCEMENT; DAREN K. §<br>MARGOLIN, DIRECTOR OF THE §<br>EXECUTIVE OFFICE FOR §<br>IMMIGRATION REVIEW; AND §<br>WARDEN, DILLEY IMMIGRATION §<br>PROCESSING CENTER, §<br>*Respondents* § | Case No. SA-25-CA-01803-XR |

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Yulexys Fernandez Hernandez's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order issued on this date. Yulexys Fernandez Hernandez shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 30th day of December, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE